1  MICHAEL E. VINDING (SBN 178359)
   SCHARFF, BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone:  (916) 446-3400
   Facsimile:   (916) 446-7159
4  mvinding@scharff.us

5  Attorneys for Defendants BALDWIN
   CONTRACTING COMPANY, INC.,
6  MASON RICHARDSON,
   and RENÉ VERCRUYSSEN

7

8  **UNITED STATED DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | **CASE NO. 2:10-cv-00879-GEB-DAD** |
   |---|---|
   | Plaintiff, | **JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY AUGUST 21, 2010; [PROPOSED] ORDER** |
   | v. | |
   | BALDWIN CONTRACTING COMPANY, INC., a California corporation, BCJ SAND AND ROCK, INC., a California corporation, J. BRAD SLENDER, an individual, TED HALE, an individual, MASON RICHARDSON, an individual, and RENÉ VERCRUYSSEN, an individual, | |
   | Defendants. | |

21    The parties to the above-entitled action hereby stipulate that good cause exists to
22 continue the due date for Defendants to file a responsive pleading because the parties are
23 actively engaged in settlement discussions, and have conducted an informal settlement-protected
24 site inspection.  The parties are continuing to make progress on their settlement discussions and
25 request this additional time with the intention of resolving the remaining differences.
26    Pursuant to Local Rule 143(b), the parties present the following stipulation for
27 consideration by the court.
28 ///

-1-
JOINT STIPULATION TO FILE RESPONSIVE PLEADING BY AUGUST 21, 2010; [PROPOSED] ORDER

**PROCEDURAL HISTORY**

The Complaint was filed on April 13, 2010.

The First Amended Complaint was filed on June 28, 2010.

On July 1, 2010, the First Amended Complaint and all related service documents were emailed by Plaintiff's counsel to counsel for Baldwin Contracting Company, Inc., Mason Richardson, and René Vercruyssen (BCCI). Counsel for BCCI is presently securing the necessary waivers to represent Defendant BCJ Sand and Rock, Inc., and Defendant J. Brad Slender (BCJ) in order to secure the ability to accept service on behalf of BCJ.

The parties acknowledge that formal service is a mere formality and acknowledge that service of the amended complaint would occur no later than July 30, 2010, such that a responsive pleading is due on or before August 21, 2010.

The parties will also be filing a joint Consent to Jurisdiction of United Magistrate Judge and as a result, the Court's Order Setting Status (Pretrial Scheduling) Conference may be changed.

In light of the foregoing, the parties request that the court allow a responsive pleading to be filed no later than August 21, 2010.

We respectfully request that the Court grant this stipulation and sign the order below reflecting this new dates.

SO STIPULATED.

Dated:  July 6, 2010                           SCHARFF, BRADY & VINDING


                                               By:    s/Michael E. Vinding
                                                      Michael E. Vinding (SBN 178359)
                                                      Attorneys for Defendants
                                                      BALDWIN CONTRACTING COMPANY,
                                                      INC., MASON RICHARDSON and RENÉ
                                                      VERCRUYSSEN

///

///

| | | |
|---|---|---|
| 1 | Dated:  July 2, 2010 | LAW OFFICES OF ANDREW L. PACKARD |

By:  s/Andrew L. Packard (as authorized on 7/2/10)
Andrew L. Packard (SBN 168690)
Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

**IT IS SO ORDERED.**

Date:  7/7/10

GARLAND E. BURRELL, JR.
United States District Judge