ANDREW L. PACKARD (State Bar No. 168690)
ERIK ROPER (State Bar No. 259756)
HALLIE B. ALBERT (State Bar No. 258737)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N Ste 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P. O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>BALDWIN CONTRACTING COMPANY, INC., a California corporation, BCJ SAND AND ROCK, INC., a California corporation, J. BRAD SLENDER, an individual, TED HALE, an individual, MASON RICHARDSON, an individual, and RENE VERCRUYSSEN, an individual,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00879-GEB-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

**WHEREAS**, on or about February 12, 2010, and again on or about April 26, 2010, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant BALDWIN

1  CONTRACTING COMPANY, INC., a California corporation, BCJ SAND AND ROCK, INC., a
2  California corporation, J. BRAD SLENDER, an individual, TED HALE, an individual, MASON
3  RICHARDSON, an individual, and RENE VERCRUYSSEN, an individual, ("Defendants") with
4  a Notice of Violations and Intent to File Suit ("CWA Notice") under Clean Water Act §505, 33
5  U.S.C. §1365.

6  **WHEREAS**, on April 13, 2010, CSPA filed its Complaint against Defendants in this
7  Court, *California Sportfishing Protection Alliance v. Baldwin Contracting Company, Inc*., et al.,
8  (USDC, E.D. Cal., Case No. 2:10-cv-00879-GEB-DAD) and said Complaint incorporates by
9  reference all of the allegations contained in CSPA's CWA Notice;

10  **WHEREAS**, on June 28, 2010, CSPA filed its First Amended Complaint against
11  Defendants in this Court, *California Sportfishing Protection Alliance v. Baldwin Contracting*
12  *Company, Inc*., et al., (USDC, E.D. Cal., Case No. 2:10-cv-00879-GEB-DAD) and said
13  Complaint incorporates by reference all of the allegations contained in CSPA's CWA Notice;

14  WHEREAS, CSPA and Defendants, through their authorized representatives and without
15  either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other
16  wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set
17  forth in the CWA Notice and Complaint, thereby avoiding the costs and uncertainties of further
18  litigation.  A copy of the agreement ("Settlement Agreement") entered into by and between CSPA
19  and Defendants is attached hereto as Exhibit A and incorporated by reference.

20  WHEREAS, the parties submitted the Settlement Agreement via certified mail, return
21  receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review
22  period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

23

24  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
25  parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice
26  pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order
27  from this Court dismissing such claims with prejudice.  In accordance with paragraphs 2 and 19
28  of the Settlement Agreement, the parties also request that this Court retain and have jurisdiction

over the Parties with respect to disputes arising under the Settlement Agreement.

Dated: October 25, 2010				LAW OFFICES OF ANDREW L. PACKARD

						By: /s/ Andrew L. Packard
						Andrew L. Packard
						Attorneys for Plaintiff
						CALIFORNIA SPORTFISHING PROTECTION
						ALLIANCE

Dated: October 25, 2010

						SCHARFF, BRADY & VINDING

						By: /s/ Michael E. Vinding
						(As authorized on October 25, 2010 – L.R. 131)
						Michael E. Vinding
						Attorneys for Defendants

STIPULATION TO DISMISS WITH PREJUDICE;          CASE NO. 2:10-cv-00879-GEB-DAD
[PROPOSED] ORDER                                                       3
927112.1

# ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against BALDWIN CONTRACTING COMPANY, INC., a California corporation, BCJ SAND AND ROCK, INC., a California corporation, J. BRAD SLENDER, an individual, TED HALE, an individual, MASON RICHARDSON, an individual, and RENE VERCRUYSSEN, an individual, as set forth in the Notice and Complaint filed in Case No. 2:10-cv-00879-GEB-DAD, are dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement filed in this action on October 25, 2010.

**Date:  10/26/2010**

GARLAND E. BURRELL, JR.
United States District Judge